No. 645, Misc. ROBINSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 704, Misc. PEREZ *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 705, Misc. SWANSON ET AL. *v.* BOYERS, JUDGE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 722, Misc. MUNIZ *v.* BETO, CORRECTIONS DIREC- TOR. Ct. Crim. App. Tex. Certiorari denied. *Joseph A. Calamia* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attor- ney General, *Robert C. Flowers* and *Allo B. Crow, Jr.,* Assistant Attorneys General, and *W. Barton Boling* for respondent.

No. 740, Misc. BELTOWSKI *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 748, Misc. LEE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 749, Misc. HILL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty* for petitioner.

No. 750, Misc. ROLAND *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty, James J. Doherty,* and *Marshall J. Hartman* for petitioner.

No. 754, Misc. MORALES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.